IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| OSCAR A. GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. C-05-163 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING ACTION

Pursuant to an agreement between the parties announced at the May 16, 2005 initial pretrial conference, this action is hereby STAYED, pending resolution of proceedings in <u>Garcia v. Medtronic, et al.</u>, S.D. Tex. Cause No. 2:04-cv-555. The Clerk is hereby ORDERED to administratively close the above-styled action. Any party may move the Court to reopen the case, should circumstances so warrant.

SIGNED and ENTERED this 16th day of May, 2005.

_____
Janis Graham Jack
United States District Judge